1  LTL ATTORNEYS LLP
   Geoffrey T. Tong (SBN 140312)
2  geoffrey.tong@ltlattorneys.com
   Joe H. Tuffaha (SBN 253723)
3  joe.tuffaha@ltlattorneys.com
   601 S. Figueroa Street, Suite 3900
4  Los Angeles, CA 90017
   Telephone: (213) 612-8900
5  Facsimile: (213) 612-3773

6  *Attorneys for Plaintiff*
   The Lincoln National Life Insurance Company
7

8               UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | THE LINCOLN NATIONAL LIFE | Case No.: 3:16-cv-01756-WHO |
   | INSURANCE COMPANY, a corporation, | |
12 | | |
   | | **ORDER GRANTING JOINT** |
13 | Plaintiff, | **STIPULATION REQUESTING** |
   | | **ORDER RESCHEDULING CASE** |
14 | v. | **MANAGEMENT CONFERENCE** |
   | | |
15 | RIA COTTON, an individual, and DOES 1 to | |
   | 10, inclusive, | |
16 | | |
   | Defendants. | |
17

ORDER

1 **IT IS HEREBY ORDERED** that Plaintiff The Lincoln National Life Insurance Company and Defendant Ria Cotton's Joint Stipulation Requesting Order Rescheduling Case Management Conference is GRANTED, good cause appearing, as follows:

1. The Case Management Conference set for July 5, 2016 at 2:00 P.M. is rescheduled for August 9, 2016 at 2:00 P.M.; and
2. All deadlines imposed by the Case Management Conference, including the deadline to file a joint case management statement, are continued in accordance with the new date for the Case Management Conference.

**IT IS SO ORDERED.**

Dated: June 28, 2016

THE HONORABLE WILLIAM H. ORRICK
United States District Judge